UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR FERNANDO MELENDEZ BUSTOS (A-Number: 216-433-079),<br><br>Petitioner,<br><br>v.<br><br>WARDEN, MESA VERDE DETENTION CENTER, et al.,<br><br>Respondents. | No. 1:26-cv-02046-KES-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING RESPONDENTS' MOTION TO DISMISS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND REQUIRING BOND HEARING WITHIN FOURTEEN (14) DAYS<br><br>Docs. 1, 10, 14 |

Petitioner Oscar Fernando Melendez Bustos is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 14, 2026, the assigned magistrate judge issued findings and recommendations that recommended denying respondents' motion to dismiss, granting the habeas petition, and ordering that petitioner be provided a bond hearing. Doc. 14. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. On August 28, 2026, respondents filed a one sentence objection, objecting to the findings and recommendations "[f]or the reasons set forth in Respondents' previous briefing[.]" Doc. 15 at 1.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations, Doc. 14, are ADOPTED in full.
2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.
3. Respondents' motion to dismiss, Doc. 10, is DENIED.
4. Respondents are ORDERED to provide petitioner Oscar Fernando Melendez Bustos (A-Number: 216-433-079) with a bond hearing before an immigration judge to be held within fourteen (14) days that complies with the requirements set forth in *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011), at which:
    a. "the government must prove by clear and convincing evidence that [petitioner] is a flight risk or a danger to the community to justify denial of bond," *Singh*, 638 F.3d at 1203, and
    b. the IJ should consider petitioner's financial circumstances in setting the amount of bond and alternative conditions of release in lieu of detention without bond.
5. Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' written notice before the bond hearing in a language that he can understand.
6. Petitioner may be represented by an attorney at this hearing, and respondents may extend the deadline at petitioner's request so that he can obtain an attorney. If petitioner obtains an attorney, his attorney shall also be given 72 hours' written notice before the bond hearing.
7. The Clerk of Court is directed to close this case, terminate any pending motions as moot, and enter judgment for petitioner.

///

///

///

///

///

8. The Clerk is directed to serve Mesa Verde Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated: September 14, 2026

UNITED STATES DISTRICT JUDGE