# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR FERNANDO MELENDEZ BUSTOS,<br><br>Petitioners,<br><br>v.<br><br>WARDEN, MESA VERDE DETENTION CENTER, et al.,<br><br>Respondents. | Case No. 1:26-cv-02046-KES-EPG-HC<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>ORDER TO ELECTRONICALLY FILE TRANSCRIPT OF BOND HEARING AND OTHER NECESSARY DOCUMENTS |

Petitioner is a federal immigration detainee who proceeded *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 15, 2026, the Court granted the petition and ordered Respondents to provide Petitioner with a bond hearing before a neutral arbiter where the government bears the burden to demonstrate Petitioner is a flight risk or danger to the community by clear and convincing evidence within fourteen days. (ECF No. 16.) On October 15, 2026, Petitioner filed a motion to enforce judgment. (ECF No. 18.) On October 20, 2026, the motion was referred to the undersigned. (ECF No. 19.)

Accordingly, the Court HEREBY ORDERS:

1. Within **TWENTY-ONE (21) days** of the date of service of this order, Respondent SHALL FILE a RESPONSE to the motion to enforce judgment.

2. Within **TWENTY-ONE (21) days** of the date of service of this order, Respondent SHALL FILE **a transcript or recording of Petitioner's bond hearing** and any and all other documents necessary for the resolution of the issues presented in the motion to enforce judgment.

3. Within **FOURTEEN (14) days** of the date of service of Respondent's response, Petitioner MAY FILE a REPLY.

IT IS SO ORDERED.

Dated: **October 21, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE